No. 921. COLLINS *v.* STREITZ.

Decided May 4, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted and the appeal is dismissed for the want of properly presented substantial federal questions. (1) *Central Loan & Trust Co.* v. *Campbell*, 173 U. S. 84, 98; *Hammond Packing Co.* v. *Arkansas*, 212 U. S. 322, 349; *Ownbey* v. *Morgan*, 256 U. S. 94, 111; *Washington* v. *Superior Court*, 289 U. S. 361, 366; (2) *Cleveland & Pittsburgh R. Co.* v. *Cleveland*, 235 U. S. 50, 53; *Hiawassee Power Co.* v. *Carolina-Tennessee Co.*, 252 U. S. 341, 344;

*Whitney* v. *California*, 274 U. S. 357, 360; *White River Co.* v. *Arkansas*, 279 U. S. 692, 700. *Mr. John W. Ray* for appellant. *Mr. Thomas A. Flynn* for appellee.